**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| ORYX SYSTEMS, INC., | ) | Case No.: 26-30244 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF PROPOSED DISTRIBUTION**

**(NO HEARING WILL BE HELD UNLESS A RESPONSE TO THIS NOTICE IS TIMEY RECEIVED)**

**NOW COMES** ORYX SYSTEMS, INC, the above-captioned debtor and debtor in possession (the "Debtor"), by and through the undersigned counsel, and hereby submits this Notice of Proposed Distribution (this "Notice") setting forth the proposed distribution of the auction sale proceeds as contemplated under to that certain *ORDER GRANTING JOINT MOTION FOR APPROVAL OF AUCTION MARKETING AGREEMENT, TO SELL FREE AND CLEAR OF ANY INTERESTS IN PROPERTY, AND AUTHORIZATION TO SURCHARGE COLLATERAL* (the "Sale Order") [Doc. 46] and *REPORT OF SALE* [Doc. 50].

**PLEASE TAKE NOTICE** that your rights may be affected by this Notice. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE** that in order for a hearing to be held on the proposed distribution, written responses, if any, must be filed on or before **14 days** from the date of this notice (the "**Response Deadline**") in order to be considered. If you do not want the proposed distribution to be completed, or if you oppose it in any way, you MUST:

(i) File a formal, written response with the Bankruptcy Court

Clerk, United States Bankruptcy Court
Charles Jonas Federal Building
401 West Trade Street, Ste. 2500
Charlotte, North Carolina 28202

(ii) Serve a copy of your response to all parties in interest, including:

U.S. Bankruptcy Administrator
401 West Trade Street, Ste. 2400
Charlotte, North Carolina 28202

AND

John C. Woodman
Essex Richards, P.A.
1701 South Blvd
Charlotte, North Carolina 28203

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not file a written response, the Debtor shall be authorized to make the proposed distribution of the sale proceeds set forth herein without further notice.

**PROPOSED DISTRIBUTION**

The Debtor hereby submits this Notice of Proposed Distribution and respectfully represents and states as follows:

1. The Debtor filed chapter 11 bankruptcy on February 27, 2026 (the "Petition Date"), before the United States Bankruptcy Court for the Western District of North Carolina (the "Court").

2. On August 13, 2026, the Court entered the Sale Order authorizing the Debtor to sell its Assets located at 3056 Eaton Avenue, Indian Trail, North Carolina.

3. The Sale Order further provided that proceeds from the sale may be distributed provided that “the Debtor will file a Notice of Proposed Distributions setting forth the proposed

distributions of the net proceeds of the Debtor's Assets (other than the distributions expressly authorized to be immediately disbursed under Paragraph 7 of this Order). Should any party want to be heard on the Notice of Proposed Distributions, such party must file a response and request for a hearing within fourteen (14) days thereafter." *See* Sale Order ¶ 8.

5. On August 21, 2026, Counsel subsequently filed a *Report of Sale* [Doc. 50] with the Court notifying all parties of the sale results which established that the auction produced an aggregate amount of $101,441.00.

6. After deducting $3,553.65 in commissions to the estate's approved auctioneer and reasonable and necessary expenses of $21,670.03, the net proceeds resulting from the auction amounted to $76,217.32 (the "Proceeds").

7. Consequently, the Debtor hereby provides NOTICE of the proposed distributions of the Proceeds as follows:

| **Order Date** | **Order Doc No.** | **Claimant** | **Desc.** | **Fee** | **Expense** |
|---|---|---|---|---|---|
| - | - | United States Bankruptcy Court | Quarterly Fee (1st) | $250.00 | $0.00 |
| - | - | United States Bankruptcy Court | Quarterly Fee (2nd) | $250.00 | $0.00 |
| - | - | United States Bankruptcy Court | Quarterly Fee (3rd) | $406.00[1] | $0.00 |
| 8/13/2026 | 46 | 3065 Eaton, LLC | Administrative Expense | $48,246.00[2] | $0.00 |

[1] Based upon the Operating Order and the calculation of the gross proceeds derived from the auction process.
[2] $1,754.00 of landlord's assets were sold in the auction reducing the $50,000.00 approved administrative expense claim.

| | | | | | |
|---|---|---|---|---|---|
| 06/1/2026 | 29 | Essex Richards | Administrative Expense | $1,551.91[3] | $0.00 |
| | Pending at Doc. 47 | Essex Richards | Administrative Expense | $7,760.00 | $1,055.80 |
| | Estimated Trailing Expense | Essex Richards, | Administrative Expense | $4,500.00 | |
| | | Small Business Administration | UCC 20200066055H | $12,197.61 | |

Respectfully submitted,

Dated: Charlotte, North Carolina
August 24, 2026

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
jwoodman@essexrichards.com
1701 South Blvd.
Charlotte, North Carolina 28203
(704) 377-4300

[3] Remaining amount of the Fee Application that was approved but remains unpaid.